FILED
CLERK
1/4/2016 12:56 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RANJON MORROW, #15001973,

       Plaintiff,

  -against-

COUNTY OF NASSAU,

       Defendant.
------------------------------------------------------------------------X

MEMORANDUM AND ORDER
15-CV-4793 (SJF)(AKT)

FEUERSTEIN, District Judge:

I. Introduction

On August 6, 2015, incarcerated *pro se* plaintiff Ranjon Morrow ("plaintiff") filed a complaint in this Court pursuant to, *inter alia*, 42 U.S.C. §1983 ("Section 1983") against the County of Nassau ("the County"), accompanied by an application to proceed *in forma pauperis*. By Order dated November 3, 2015, plaintiff's application to proceed *in forma pauperis* was granted, but the complaint was *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim for relief unless plaintiff filed an amended complaint in accordance therewith on or before December 17, 2015. Since plaintiff has not filed an amended complaint in accordance with the November 3, 2015 Order, nor sought an extension of time to do so, the complaint is *sua sponte* dismissed with prejudice. The Clerk of the Court shall enter judgment in favor of defendants, close this case and, pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, serve notice of entry of this Order upon plaintiff as provided by Rule 5(b) of the Federal Rules of Civil Procedure and record such service upon the docket.

The Court certifies pursuant to 28 U.S.C. '1915(a)(3) that any appeal from this Order

would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

                                                                                      /s/
                                              Sandra J. Feuerstein
                                              United States District Judge

Dated:        January 4, 2016
               Central Islip, New York